**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No. CV 09-5690-RC                           Date: September 4, 2009

Title: Juan Manuel Banales Venegas, an individual v.
       The City of Oxnard, et al.
================================================================
**DOCKET ENTRY**


================================================================
**HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE**

Jake Yerke                          None
Deputy Clerk                        Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                        None Present


**PROCEEDINGS:   (IN CHAMBERS)**


        The Court reminds plaintiff that, pursuant to Rule 4(m) of
the Federal Rules of Civil Procedure, plaintiff must serve
defendants with a copy of the summons and complaint within 120
days after the filing of the complaint, which was filed on
August 4, 2009, and plaintiff is expected to act diligently in
serving process on defendants.  Thus, plaintiff shall file
proof(s) of service of the summons and complaint within ten (10)
days of service.  If plaintiff fails to file proof of service
with the Clerk of Court showing timely service of process on
defendants, or fails to submit a declaration explaining good
cause as to the failure to timely serve defendants, the case may
be dismissed.



                                    Initials of Deputy Clerk__JY

case095\09-5690.1

9/4/09