UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 09-5690-RC                         Date: December 28, 2009

Title: Juan Manuel Banales Venegas, an individual v.
       The City of Oxnard, et al.
================================================================
DOCKET ENTRY


================================================================
     HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Jake Yerke                          None
Deputy Clerk                        Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                        None Present


**PROCEEDINGS:   (IN CHAMBERS) ORDER SETTING SCHEDULING CONFERENCE
     [FED. R. CIV. P. 16(b)]**

     The Scheduling Conference is set for **February 11, 2010, at 10:00 a.m.**  At the Scheduling Conference, the Court will review the Rule 26(f) Report with the parties, and will set firm deadlines for the amendment of pleadings and the addition of parties, the completion of discovery, a motion deadline, a final pretrial conference date, and a trial date.  The parties are advised to begin to conduct discovery before the Scheduling Conference unless there is a likelihood that upon motion by a party the Court would order that discovery is premature and should be stayed.  Pursuant to Fed. R. Civ. P. 16(c), the parties must be represented at the Scheduling Conference by trial counsel or other counsel with full authority to enter into stipulations regarding all matters pertaining to the conduct of the case.

     Counsel for plaintiffs shall promptly serve this Order on any new parties appearing in the action after the date of this Order.

                                          Initials of Deputy Clerk hr for jy

case095\09-5690.4
12/28/09