BRIAN A. VOGEL (SBN 167413)
EMAIL: brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
Fax: (805) 654-0326

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL BANALES VENEGAS, an individual, <br><br> Plaintiff(s) <br><br> v. <br><br> THE CITY OF OXNARD, THE OXNARD POLICE DEPARTMENT, CHIEF JOHN CROMBACH, OFFICER MARC AMON, OFFICER ROBERT VALENZUELA, OFFICER MICHAEL VELASQUEZ, TRAFFIC SERVICE CADET JESUS TOPETE, AND DOES 1-10, <br><br> Defendant(s). | CASE NUMBER <br><br> CV09-05690 RC <br><br><br> SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☑   **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement purceedings as the judge may conduct or direct.

☐   **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐   **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: March 11, 2010

_____
Brian A. Vogel
Attorney for Plaintiff Juan Manuel Banales Venegas

Dated: March // , 2010

_____
Dirk DeGenna
Attorney for Defendants City of Oxnard, The Oxnard Police Department, Chief John Crombach, Officer Marc Amon, Officer Robert Valenzuela, Officer Michael Velasquez, and Traffic Service Cadet Jesus Topete

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request.** If additional signatures are required, attach an additional page to this request.