**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO. CV 09-5690-RC**                    **DATE: April 1, 2010**

**TITLE:**   Juan Manuel Banales Venegas v. City of Oxnard, et al
===================================================================
**DOCKET ENTRY:**
===================================================================
**PRESENT:**

**Hon. ROSALYN M. CHAPMAN         ,**   United States Magistrate Judge

     Jake Yerke
     Deputy Clerk                          Court Reporter / Tape No.

**COUNSEL PRESENT FOR PLAINTIFF:**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Brian Arnold Vogel                       Dirk DeGenna


===================================================================
**PROCEEDINGS: TELEPHONE CONFERENCE**


    Court confers with counsel regarding settlement conference.


Time Spent: 5 min

MINUTES FORM 11
CIVIL GEN                 Page 1 of  1        Initials of Deputy Clerk JY