# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-05690 RC | Date | July 22, 2010 |
|---|---|---|---|
| Title | JUAN MANUEL BANALES VENEGAS v. THE CITY OF OXNARD, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   (In Chambers)

From the memoranda submitted by the parties, it does not appear as if the case presently is in a posture to be settled. The Court notes that Plaintiff did not comply with this Court's Settlement Conference Order, and did not deliver to defendants, fourteen days before the scheduled conference, a statement of the terms upon which the case could be settled. The Court also notes the present difficulty of engaging the parties in settlement discussions, given Plaintiff's incarceration.

The conference set for July 29, 2010 is vacated. The conference is re-scheduled to August 17, 2010 at 10:00 a.m. The parties shall comply with the Court's settlement conference order as required, and attempt to resolve this matter between themselves prior to coming to the Court. If they are not able to do so, they shall file new statements in accordance with the Court's Settlement Conference Order.

cc: Hon. Rosalyn M. Chapman

|  | : |  |
|---|---|---|
| Initials of Preparer | | igb |