1  BRIAN A. VOGEL, SBN 167493
2  THE LAW OFFICES OF BRIAN A. VOGEL, PC
   770 County Square Dr., Ste. 104
3  Ventura, CA 93003
   Telephone: (805) 654-0400
4  Facsimile: (805) 654-0326
5  E-Mail: brian@bvogel.com

6  Attorney for Plaintiff
7  JUAN MANUEL BANALES VENEGAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL BANALES VENEGAS, an individual, | ) CASE NO. CV09-05690 RC )  |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER RE:** |
|  | ) **EXTENSION OF TIME FOR** |
| -vs- | ) **SETTLEMENT CONFERENCE** |
|  | ) |
| THE CITY OF OXNARD, THE OXNARD POLICE DEPARTMENT, CHIEF JOHN CROMBACH, OFFICER MARC AMON, OFFICER ROBERT VALENZUELA, OFFICER MICHAEL VELASQUEZ, TRAFFIC SERVICE CADET JESUS TOPETE, DOES 1-10 | ) ) ) ) ) ) ) |
| Defendants. | ) |

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the Settlement

Conference in this matter shall be continued to September 30, 2010 at 2:00 p.m. in Courtroom

1

540 of the Roybal Federal Building. The parties are ordered to continue their efforts to resolve this case among themselves. The Court regards a court settlement conference as a last resort, after the parties have diligently sought to compromise the matters themselves, and have exhausted all such efforts.

DATED: August 12, 2010

_____
District Court Magistrate Judge Zarefsky