```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL

Case No. CV 09-5690 AJW                     Date: January 20, 2011

Title: JUAN MANUEL BANALES VENEGAS v. THE CITY OF OXNARD
================================================================
    PRESENT:    HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE

            Ysela Benavides
            Deputy Clerk                    Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
          None Present                         None Present
```

**ORDER (1) REGARDING MOTION BY PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW AS COUNSEL, AND (2) VACATING TRIAL DATE**

The motion is **denied** without prejudice to its renewal on the basis of a more adequate record. Any renewed motion must be noticed for hearing in compliance with the Local Rules. Moreover, the Court prefers that all of the facts relied upon by plaintiff's counsel as a basis for withdrawal be presented in writing. Any additional information plaintiff's counsel would like the Court to consider that plaintiff's counsel believes cannot properly be disclosed to defendants [see Motion at 6:6-7] should be presented in a declaration filed under seal but not served on defendants' counsel, rather than at an in camera hearing. Any renewed motion to withdraw must be noticed for hearing within 60 days.

The pretrial conference date and the trial date are **vacated.** New dates will be set after the issues concerning the representation of plaintiff are resolved.

**IT IS SO ORDERED.**

cc: Parties

2

```
MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN
```