**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **JUAN MANUEL BANALES VENEGAS,** ) | | |
| ) | | |
| **Plaintiff,** ) | **Case No. CV 09-5690 AJW** | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **THE CITY OF OXNARD, et al.,** ) | **J U D G M E N T** | |
| ) | | |
| **Defendants.** ) | | |
| _____ ) | | |

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

December 22, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge